IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STACY AGERTON, :

    Plaintiff, :

vs. :
                                CIVIL ACTION 07-0460-M

MICHAEL J. ASTRUE, :
Acting Commissioner of
Social Security, :

    Defendant.

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Stacy Agerton and against Defendant Michael J. Astrue.

DONE this 25th day of January, 2008.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE