```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

STACY L. AGERTON,                  :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :   CIVIL ACTION 07-0460-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of                    :
Social Security,                   :
                                   :
    Defendant.                     :

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** an EAJA attorney's fee in the amount of $2,520.16.

DONE this 9th day of May, 2008.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE