IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STACY L. AGERTON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0460-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

ORDER

In the Memorandum Opinion and Order entered on May 9, 2008 (Doc. 22), the Court granted Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. 20) and awarded Plaintiff's attorney an EAJA fee in the amount of $2,520.16. However, the Court inadvertently overlooked Plaintiff's request for reimbursement of the $350.00 filing fee.  The EAJA authorizes an award of costs and expenses and, therefore, the Memorandum Opinion and Order is **AMENDED** to **AWARD** Plaintiff's counsel an EAJA fee in the amount of $2,520.16 plus costs in the amount of $350.00.  A separate Amended Judgment will be entered this date.

DONE this 13th day of May, 2008.

                                               s/BERT W. MILLING, JR.
                                               UNITED STATES MAGISTRATE JUDGE