```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

STACY L. AGERTON,                :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :    CIVIL ACTION 07-0460-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.                   :

AMENDED JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** an EAJA attorney's fee in the amount of $2,520.16, plus expenses in the amount of $350.00.

DONE this 13th day of May, 2008.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE