```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

STACY L. AGERTON,                    :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :   CIVIL ACTION 07-0460-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Petition for Authorization of Attorney Fees be **GRANTED** and that Plaintiff's counsel be **AWARDED** an attorney's fee pursuant to 42 U.S.C. § 406(b) in the amount of $10,225.00 for his services before this Court.  It is **FURTHER ORDERED** that Mr. Lassiter pay to Plaintiff the sum of $4,520.16, which sum represents the EAJA fee counsel was previously awarded and which is currently held in trust for Plaintiff's benefit.  No costs are taxed.

    DONE this 3rd day of October, 2008.

```
                        s/BERT W. MILLING, JR.
                        UNITED STATES MAGISTRATE JUDGE
```